## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-mj-00600-KJM-1 |
| CASE NAME: | United States of America v. (1) Jeremy Koski |
| ATTYS FOR PLA: | Rebecca Perlmutter* for Craig Nolan |
| ATTYS FOR DEFT: | Sharron Rancourt* |
| U.S. Probation Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-Courtroom 5 |
| DATE: | 05/03/2023 | TIME: | 9:41 - 10:01 a.m. |

COURT ACTION:  EP: DETENTION HEARING as to DEFENDANT (1) JEREMY KOSKI held on 5/3/2023.

Defendant present and in custody.

Detention Hearing:

Court takes judicial notice of its records and files and has carefully considered the *Criminal Complaint* ECF [1], the Government's ECF [5] *Motion to Detain Defendant Without Bail* ("Motion"), the Pretrial Services Report dated 5/2/2023, applicable rules and legal authority, and the representations and arguments of counsel.

Argument had.

Court has carefully considered the merits of the Government's *Motion* within the context of the records and files, the recommendation of Pretrial Services, and relevant legal authority, and finds the conditions recommended by Pretrial Services sufficient to reasonably assure the appearance of the defendant as required and the safety of the community.

Government's *Motion to Detain Defendant Without Bail* ECF [5] as to Defendant (1) Jeremy Koski is DENIED.

The Court adopts the recommendation of Pretrial Services and orders Defendant (1) Jeremy Koski released on an unsecured bond in the amount of **$50,000.00** and subject to the following conditions:

·(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

·(7g3) Do not apply for/obtain a passport.  Execute an affidavit or declaration which attests that you do not have access to, or are in possession of any passport. Submit to the U.S. District Court Clerk's Office by: **within two weeks of the defendant's release**.

·(7h3) Travel is restricted to: **the island of Oahu**.

·(7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services. Take all medications as prescribed.

·(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

·(7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

·(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

·(7v2) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

·(7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the alcohol detection testing process in any manner.

·(7x) Participate in inpatient and any recommended follow-up outpatient substance abuse treatment as approved by Pretrial Services. You are required to abide by all established rules of the program. Complete the residential phase of treatment at: **Hina Mauka**.

·(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

·(8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are

 required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

·(9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

·(10a1) A Bail Review Hearing will be scheduled prior to the defendant's completion of the residential phase of treatment. Should release options be deemed unsuitable, you will be returned to custody at that time. **A bail review hearing to be set within 20 days of the defendant's release from custody**.

·Other Conditions: **You must take all medication(s) as prescribed and provide verification of all prescribed medication(s), including refills, to Pretrial Services.**

·Other Conditions: **The Federal Detention Center – Honolulu is directed to provide the defendant with a 30-day supply of medication upon release.**

·**Release is delayed pending acceptance and a bed space at Hina Mauka.**

·RELEASE DELAYED - FDC: The Federal Detention Center – Honolulu is authorized to release the defendant from custody upon verification by the Pretrial Services Office that the conditions of release have been satisfied.

In addition to the Special Conditions of Release as specified above, Defendant is subject to the following conditions:

- Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

- Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

The Court reviewed the above release conditions with Defendant. Defendant advised of possible adverse action for failure to comply with any condition, to include issuance of a warrant for Defendant's arrest, revocation of release status and detention pending trial. Defendant acknowledged understanding the foregoing release conditions, his obligation to comply, and the consequences of violating any conditions of release.

These minutes will serve as the conditions of bond.

Ms. Rancourt to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Pretrial Services to notify the Court upon Defendant's release from custody for purposes of setting a Bail Review hearing.

Defendant is remanded to the custody of the U.S. Marshals Service until notification by Pretrial Services that all conditions of release have been satisfied.

*Submitted by: Lian Abernathy, Courtroom Manager*