# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  Mag. No. 23-00600 KJM |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| | ) | |
| JEREMY KOSKI | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of May 22, 2023 the Court entered the following order:

\_\_\_\_ Defendant to be released from custody forthwith

\_\_\_\_ Released to / continued on pretrial release

\_\_\_\_ Sentenced to time served

\_\_\_\_ Case Dismissed

\_\_\_\_ Released to / continued on supervised probation / unsupervised probation

\_\_\_\_ Released to / continued on supervised release

**X** Defendant to be released once bond conditions are met. As conditions have been met effective May 24, 2023, defendant to be released forthwith.

\_\_\_\_ Bench warrant recalled

\_\_\_\_ Other: _____

LUCY H. CARRILLO, Clerk of Court

by:  /s/ J.I.          Deputy Clerk