SALINA M. KANAI #8096
Federal Public Defender
District of Hawaii

SHARRON I. RANCOURT #10977
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     Sharron_Rancourt@fd.org

Attorney for Defendant
JEREMY KOSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Mag. No. 23-00600 KJM |
|---|---|---|
| Plaintiff, | ) ) ) | Statement of Jeremy Koski Re: Passport |
| vs. | ) ) ) | |
| JEREMY KOSKI, | ) ) ) | |
| Defendant. | ) ) | |

### Statement of Jeremy Koski Re: Passport

I hereby attest that I do not have a passport and will not obtain a passport while on release.

DATED: Honolulu, Hawaii, May 24, 2023.

*/s/ Jeremy Koski*
Jeremy Koski