SALINA M. KANAI #8096
Federal Public Defender
District of Hawaii

JACQUELYN T. ESSER #9226
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaiʻi 96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     Jacquelyn_Esser@fd.org

Counsel for Defendant
JEREMY KOSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 23-600 KJM |
| Plaintiff | Stipulation and Order to Modify Conditions of Pretrial Release |
| vs. | |
| JEREMY KOSKI | |
| Defendant | |

**Stipulation and Order
to Modify Conditions of Pretrial Release**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that defendant's pretrial release conditions shall be MODIFIED as follows:

DELETE:

(7p3) Participate in the following location restriction program and comply with its requirements as directed by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence every day during the curfew hours as determined by Pretrial Services.

(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: GLOBAL POSITIONING SYSTEM (GPS) MONITORING.

Other Conditions: Pretrial Services is authorized to conduct the initial home installation for GPS on the island of Hawaii on a delayed basis.

Other Conditions: Pretrial Services is authorized to allow the defendant to move from Faith House to the island of Hawai'i upon confirmation of his flight arrangements.

All other previously imposed conditions are to remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawai'i, January 28, 2025.

          /s/ *Jacquelyn T. Esser*
JACQUELYN T. ESSER
Attorney for Defendant
JEREMY KOSKI

          /s/ *Craig S. Nolan*
CRAIG S. NOLAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

          /s/ *David K. Kahunahana*
DAVID K. KAHUNAHANA
Senior United States Probation Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai'i, January 28, 2025.



Rom A. Trader
United States Magistrate Judge

*United States v. Jeremy Koski, Mag.* No. 23-600 KJM
United States District Court, District of Hawai'i
Stipulation and Order to Modify Conditions of Pretrial Release