# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

USA vs. Jeremy Koski                                                                 MJ 23-00600KJM-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW Donovanlee K. Jenkins, US Probation Officer, presenting an official report upon the conduct of defendant JEREMY KOSKI, who was placed under pretrial release supervision by the Honorable Rom Trader sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since 05/24/2023. Refer to the attached list of the current conditions of release. The current conditions of pretrial release are as follows:

REFER TO USPPSO REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

> Pursuant to 18 USC § 3142(c)(3), Pretrial Services is submitting this report to request that the Court review the release order.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth for a Bail Review Hearing.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 17th day of December, 2025 and ordered filed and made a part of the records in the above case. | Executed on: 12/17/2025 |
| Wes Reber Porter<br>United States Magistrate Judge | Donovanlee K. Jenkins<br>US Probation Officer |
| | Place: Honolulu, Hawaii |