# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-MJ-00600 KJM |
| CASE NAME: | United States of America v. Jeremy Koski |
| ATTYS FOR PLA: | Wayne Myers, AUSA |
| ATTYS FOR DEFT: | Jacquelyn Esser, AFPD |
| U.S. PTS Officer: | Alyssa Kekoa-Oshiro |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR - CR 7 |
| DATE: | 12/29/2025 | TIME: | 10:33 am - 10:36 am |

COURT ACTION: EP:   BAIL REVIEW HEARING as to Defendant Jeremy Koski held.

AUSA Wayne Myers appeared on behalf of the United States.

Jacquelyn Esser appeared on behalf of Defendant.

Defendant is present; not in custody.

The Court held a Bail Review Hearing.

Discussion held.

The Court took judicial notice of the U.S. Pretrial Services' Report and considered the arguments of counsel. The Court adopts the recommendations of Pretrial Services and Defendant's conditions of pretrial release are modified as follows:

**DELETE**:

(6a) The defendant is placed in the Third Party Custodianship of: Elvira Bagay.

**ADD:**

- (7q) Placement at MAKANA O KE AKUA (MOKA) or FAITH HOUSE.  You are required to abide by all rules of the MOKA or FAITH HOUSE program/facility.

Defendant is continued on previously imposed conditions of pretrial release with the above modifications.

*Submitted by: Jocelyn Orosz, Courtroom Manager*